**Order filed October 15, 2015**



## In The

# Eleventh Court of Appeals

_____

## No. 11-14-00129-CR

_____

### LANNY MARVIN BUSH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**
**Coleman County, Texas**
**Trial Court Cause No. 2602**

### O R D E R

Emily Miller, the court-appointed attorney of record for Appellant, Lanny Marvin Bush, has sent this court a courtesy copy of a motion to withdraw as counsel for Appellant in this capital murder case. She states in the motion that the clerk of this court has indicated that the motion is properly filed in the district court. She also states that Appellant has requested that she withdraw because Appellant desires to file additional motions and correspondence pro se.

We first note that this case has already been briefed and is at issue and that any motion to withdraw as counsel should be filed in this court. We have previously denied a prior motion to withdraw as counsel that was filed by Miller.

We next note that, about two months after the State's brief was filed, Appellant began sending various pro se documents to this court. We have received, but not filed, these documents and have informed Appellant that he is not entitled to hybrid representation. Appellant has not timely asserted a request to represent himself in this appeal. *See Hubbard v. State*, 739 S.W.2d 341, 343–45 (Tex. Crim. App. 1987). Furthermore, Appellant previously objected to Miller's first request to withdraw as counsel in this appeal.

PER CURIAM

October 15, 2015

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.